IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-00313-01-CR-W-GAF ) |
| ROMAN SALVADOR-ROMANO, | ) ) |
| Defendant. | ) ) |

## ORDER

On May 9, 2018, a hearing was held for the purpose of determining the mental competency of defendant Roman Salvador-Romano. The parties agreed that the Court should consider the report prepared by Manuel E. Gutierrez, Psy.D., with the Federal Correctional Institution, Butner, North Carolina, dated November 4, 2002,

On May 10, 2018, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (doc. #22).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is

ORDERED that defendant Roman Salvador-Romano is found to be competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: May 30, 2018